# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

| | | |
|---|---|---|
| Cosetta Johnson Foster | } | **Case No: 16-70058-JHH13** |
| SSN: XXX-XX-8971 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER SUSTAINING

This matter came before the Court on Tuesday, May 07, 2019 09:15 AM, for a hearing on the following:

1) RE: Doc #41; Debtor's Objection to Claim Number 3 Filed by Nationstar Mortgage, LLC/U.S. Bank Trust National Association in the Amount of $219,784.47

2) RE: Doc #42; Debtor's Objection to Claim Number 5 Filed by Nationstar Mortgage, LLC in the Amount of $219,784.47

3) RE: Doc #46; Debtor's Amended Objection to Claim Number 3 Filed by Nationstar Mortgage, LLC/U.S. Bank Trust National Association in the Amount of $219,784.47

4) RE: Doc #47; Debtor's Amended Objection to Claim Number 5 Filed by Nationstar Mortgage, LLC in the Amount of $4,368.52

Proper notice of the hearing was given and appearances were made by the following:

C David Cottingham, Trustee

Brad Botes, attorney for Cosetta Johnson Foster (Debtor) (telephonic appearance)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the hearing, including the court's finding that the loan modification agreement authorized by order dated September 19, 2018 (Doc. 38) was consummated, satisfying the unpaid portion of the arrearage claims evidenced by claim numbers three and five (the "Arrearage Claims"), the debtor(s)' amended objections to the Arrearage Claims filed by Nationstar Mortgage, LLC (Docs. 41, 42, 46, and 47) are SUSTAINED; the Arrearage Claims are ALLOWED in the amounts paid by the chapter 13 trustee; and the balances of the Arrearage Claims are DISALLOWED.

Dated: 05/13/2019

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge