**Fill in this information to identify the case:**

Debtor 1    Cosetta Johnson Foster

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern    District of   Alabama
                                                           (State)

Case number   16-70058-JHH13       (Tuscaloosa)

Form 4100R       AMENDED

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor:   U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account:   3   8   2   5

Property address:   3123 Diamondhead
                 Number    Street

Northport      AL      35473
City               State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. *****

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

*****The Proof of Claim has been paid pursuant to docket number 53, Order on Objection to Claims 3&5, entered on 05/13/2019.

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 09/01/2018 - 06/01/2020   22@ $1,094.29     (a) $ 24,074.38    .

b. Total fees, charges, expenses, escrow, and costs outstanding: Taxes and insurance    + (b) $ 5,764.23

c. **Total**. Add lines a and b.                       (c)   $ 29,838.61

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   09/01/2018
                          MM / DD / YYYY

**Part 4:**   **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:**   **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✖ /s/ Mark A. Baker**
Signature

Date 06/18/2020

Print    **Mark**    **A.**    **Baker**
First Name    Middle Name    Last Name

Title   **Attorney for creditor**

Company   **McMichael Taylor Gray, LLC**

If different from the notice address listed on the proof of claim to which this response applies:

Address   **3550 Engineering Drive, Suite 260**
Number    Street

**Peachtree Corners,**    **GA**    **30092**
City    State    Z P Code

Contact phone   404 474 _ 7149

Email   **mbaker@mtglaw.com**

| BK Case | 16-70058 | \* Prior to 12/2011 payment changes were not required to be filed in courts or with Proof of claim | | | | |
|---|---|---|---|---|---|---|
| BK Filing Date | 1/15/2016 | | | | | |
| First Post date | 2/1/2016 | | | | | |
| **Pmt Change Filed** | **Filing Date** | **Effective date** | **Amount** | **PI** | **Escrow** | **Others** |
| POC pmt Filed | 5/5/2016 | 2/1/2016 | $1,240.63 | $968.98 | $271.65 | |
| Pmt Change Filed | 1/10/2017 | 2/1/2017 | $1,799.27 | $968.98 | $830.29 | |
| Pmt Change Filed | 10/20/2017 | 12/1/2017 | $1,702.80 | $968.98 | $733.82 | |
| Pmt Change Filed | | | $0.00 | | | |

| **Date Rcvd** | **Amount Rcvd/Rvd** | **Amount Due** | **Due Date** | **Suspense** | |
|---|---|---|---|---|---|
| 5/2/2016 | $1,620.00 | $1,240.63 | 2/1/2016 | $ 379.37 | |
| | | $1,240.63 | 3/1/2016 | $ -861.26 | |
| | | $1,240.63 | 4/1/2016 | $ -2,101.89 | |
| | | $1,240.63 | 5/1/2016 | $ -3,342.52 | |
| | | $1,026.00 | Fees | $ -4,368.52 | |
| **AO Entered** | | | | | |
| 6/1/2016 | $1,640.00 | $1,240.63 | 6/1/2016 | $ 399.37 | |
| 8/9/2016 | $2,531.26 | $1,240.63 | 7/1/2016 | $ 1,690.00 | |
| 8/16/2016 | $800.00 | $1,240.63 | 8/1/2016 | $ 1,249.37 | |
| 9/9/2016 | $1,400.00 | $1,240.63 | 9/1/2016 | $ 1,408.74 | |
| 11/4/2016 | $1,400.00 | $1,240.63 | 10/1/2016 | $ 1,568.11 | |
| 12/2/2016 | $1,500.00 | $1,240.63 | 11/1/2016 | $ 1,827.48 | |
| 1/13/2017 | $1,250.00 | $1,240.63 | 12/1/2016 | $ 1,836.85 | |
| 3/6/2017 | $1,400.00 | $1,240.63 | 1/1/2017 | $ 1,996.22 | |
| 4/26/2017 | $1,800.00 | $1,799.27 | 2/1/2017 | $ 1,996.95 | |
| 4/30/2018 | $1,375.02 | $1,799.27 | 3/1/2017 | $ 1,572.70 | |
| **BSI ACQUIRED LOAN 6/1/2018** | | | | | |
| 6/20/2018 | $2,385.77 | $1,799.27 | 4/1/2017 | $ 2,159.20 | |
| 6/20/2018 | | $1,799.27 | 5/1/2017 | $ 359.93 | |
| 7/30/2018 | $602.39 | | | $ 962.32 | |
| | | | | $ 962.32 | |
| **MOD Completed 8/1/2018** | | | | | |
| | | | | $ 962.32 | |
| | | | | $ 962.32 | |
| | | | | $ 962.32 | |
| | | | | $ 962.32 | |
| | | | | $ 962.32 | Due |

 **BSI Financial Services**

| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 8/1/2018 | $729.02 | $365.27 | $1,094.29 | MOD cmplt |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |



| Loan Information | |
|---|---|
| Loan # | |
| Borrower | COSETTA JOHNSON |
| BK Case # | 16-70058 |
| Date Filed | 01/15/2016 |
| POC Covers | |
| First Post Petition Due | MOD |
| Date | COMPLTED |
| Pre- Suspense | $0.00 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | ESCROW Credit | ESCROW Debit | ESCR Suspense Bal | Escrow Paid to Date | UPB After Transaction | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | | $0.00 | $365.27 | | $365.27 | $365.27 | $174,434.31 | |
| 9/28/2018 | $1,362.75 | Pre/Post-MOD Susp Balance | 8/1/2018 | $1,094.29 | $268.46 | $268.46 | | $268.46 | $268.46 | | $633.73 | $633.73 | $174,286.74 | |
| 9/28/2018 | | Additional Suspense to Escrow | | | $0.00 | | $268.46 | $0.00 | | | $633.73 | $633.73 | $174,286.74 | |
| | | | 9/1/2018 | 9/1/2018 | $1,094.29 | -$1,094.29 | | $0.00 | | | $633.73 | $633.73 | $174,286.74 | |
| | | | 10/1/2018 | 10/1/2018 | $1,094.29 | -$1,094.29 | | $0.00 | | | $633.73 | $633.73 | $174,286.74 | |
| 10/5/18 HOI PAID | | | | | $2,554.96 | -$2,554.96 | | $0.00 | | $2,554.96 | -$1,921.23 | $633.73 | $174,286.74 | |
| | | | 11/1/2018 | 11/1/2018 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$1,921.23 | $633.73 | $174,286.74 | |
| 11/8/18 TAXES PAID | | | | | $609.81 | -$609.81 | | $0.00 | | $609.81 | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 12/1/2018 | 12/1/2018 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 1/1/2019 | 1/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 2/1/2019 | 2/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 3/1/2019 | 3/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 4/1/2019 | 4/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 5/1/2019 | 5/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 6/1/2019 | 6/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 7/1/2019 | 7/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 8/1/2019 | 8/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 9/1/2019 | 9/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| | | | 10/1/2019 | 10/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$2,531.04 | $633.73 | $174,286.74 | |
| 10/5/19 HOI PAID | | | | | $2,606.44 | -$2,606.44 | | $0.00 | | $2,606.44 | -$5,137.48 | $633.73 | $174,286.74 | |
| 10/26/19 TAXES PAID | | | | | $626.75 | -$626.75 | | $0.00 | | $626.75 | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | 11/1/2019 | 11/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | 12/1/2019 | 12/1/2019 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | 1/1/2020 | 1/1/2020 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | 2/1/2020 | 2/1/2020 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | 3/1/2020 | 3/1/2020 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | 4/1/2020 | 4/1/2020 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | 5/1/2020 | 5/1/2020 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | 6/1/2020 | 6/1/2020 | $1,094.29 | -$1,094.29 | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | $174,286.74 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |
| | | | | | $0.00 | | | $0.00 | | | -$5,764.23 | $633.73 | |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

<u>**Via U.S. Mail**</u>
**Cosetta Johnson Foster**
3723 Diamondhead Lane
Northport, AL 35473-2254

<u>**Via CM/ECF electronic service:**</u>
**Robert D. Reese**
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, AL 35244

**J. Suzanne Shinn**
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, AL 35244

**C David Cottingham**
Chapter 13 Standing Trustee
701 22nd Avenue, Suite 4
P O Drawer 020588
Tuscaloosa, AL 35402-0588

<u>**This 18th day of June, 2020**</u>

/s/ Mark A. Baker
Mark A. Baker
ASB 2459-E57M
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404-474-7149
mbaker@mtglaw.com